AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Algonquin Gas Transmission, LLC, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No. 1:15-cv-05076-~~UA~~ CM |
| 0.29 Acres of Land, More or Less, et al., | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Algonquin Gas Transmission LLP

Date: 07/01/2015

*Attorney's signature*

Christine A. Fazio   CF8852
*Printed name and bar number*

2 Wall Street
NY, NY 10005

*Address*

fazio@clm.com
*E-mail address*

(212) 238-8754
*Telephone number*

(212) 732-3232
*FAX number*